1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERHAN KAYIK,

        Petitioner,

  v.

RALPH M. DIAZ,

        Respondent.

Case No. 12-cv-05907-TEH

**ORDER LIFTING STAY AND SETTING DEADLINE TO FILE MOTION TO AMEND**

On April 24, 2013, this Court granted Petitioner Erhan Kayik's motion to stay and hold his habeas petition in abeyance pending exhaustion of state court remedies. It appears that Kayik has now exhausted all claims, and Kayik filed an administrative motion to lift the stay on December 22, 2014. Respondent Ralph M. Diaz has not opposed the motion. Accordingly, IT IS HEREBY ORDERED that the stay in this case is lifted, and the Clerk shall re-open the file.

IT IS FURTHER ORDERED that Petitioner shall file a motion for leave to amend the petition to include his newly exhausted claims on or before **February 9, 2015**. Respondent shall file an opposition or statement of non-opposition on or before **February 23, 2015**, and Petitioner shall file a reply on or before **March 2, 2015**. The matter will be deemed submitted on the papers unless the Court subsequently schedules oral argument.

**IT IS SO ORDERED.**

Dated: 01/08/15

_____
THELTON E. HENDERSON
United States District Judge