ORIGINAL                                                                                                    ORIGINAL

1  Law Offices of Beles & Beles
   Robert J. Beles Bar no. 41993
2  Paul McCarthy Bar no. 139497
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*
   ERHAN KAYIK

## United States District Court
## Northern District of California
## San Francisco Courthouse

| ERHAN KAYIK, | No. **3:12-CV-05907-TEH** |
|---|---|
| *Petitioner*, vs. | ~~PROPOSED~~ ORDER GRANTING THIRD EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |
| RALPH M. DIAZ, Warden, California Substance Abuse Treatment Facility and State Prison, Corcoran, California, | |
| *Defendant*. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest*. | |

**PROPOSED ORDER GRANTING THIRD EXTENSION
OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's administrative request for a third extension of time of 31 days to file the traverse and reply memorandum is granted. The traverse and reply memorandum shall be filed on or before Monday, November 30, 2015.

Dated: 11/02/2015 _____.

_____
United States District Judge